## CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|

Rakim Dawkins
c/o Timian & Fawcett, LLC
8201 Corporate Drive, Suite 730
Hvattesville, MD                                    +

Washington Metropolitan Area Transit Authority
300 7th Street SW, Washington, DC 20024

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Alan R. Fawcett, Timian & Fawcett, LLC
8201 Corporate Drive, Suite 730, Hyattesville, MD
240-487-7560

ATTORNEYS (IF KNOWN)

Brendan H. Chandonnet
WMATA Office of General Counsel
300 7th Street SW, Washington, DC 20024
(202) 962-2805

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
   Plaintiff

◉ 3 Federal Question
   (U.S. Government Not a Party)

○ 2 U.S. Government
   Defendant

○ 4 Diversity
   (Indicate Citizenship of
   Parties in item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and <u>one</u> in a corresponding Nature of Suit)**

○ **A.** *Antitrust*

☐ **410  Antitrust**

◉ **B.** *Personal Injury/ Malpractice*

☐ **310 Airplane**
☐ **315 Airplane Product Liability**
☐ **320 Assault, Libel & Slander**
☐ **330 Federal Employers Liability**
☐ **340 Marine**
☐ **345 Marine Product Liability**
☒ **350 Motor Vehicle**
☐ **355 Motor Vehicle Product Liability**
☐ **360 Other Personal Injury**
☐ **362 Medical Malpractice**
☐ **365 Product Liability**
☐ **367 Health Care/Pharmaceutical Personal Injury Product Liability**
☐ **368 Asbestos Product Liability**

○ **C.** *Administrative Agency Review*

☐ **151 Medicare Act**

**Social Security**
☐ **861 HIA (1395ff)**
☐ **862 Black Lung (923)**
☐ **863 DIWC/DIWW (405(g))**
☐ **864 SSID Title XVI**
☐ **865 RSI (405(g))**
**Other Statutes**
☐ **891 Agricultural Acts**
☐ **893 Environmental Matters**
☐ **890 Other Statutory Actions (If Administrative Agency is Involved)**

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

○ **E.** *General Civil (Other)*          **OR**          ○ **F.** *Pro Se General Civil*

**Real Property**
☐ **210 Land Condemnation**
☐ **220 Foreclosure**
☐ **230 Rent, Lease & Ejectment**
☐ **240 Torts to Land**
☐ **245 Tort Product Liability**
☐ **290 All Other Real Property**

**Personal Property**
☐ **370 Other Fraud**
☐ **371 Truth in Lending**
☐ **380 Other Personal Property Damage**
☐ **385 Property Damage Product Liability**

**Bankruptcy**
☐ **422 Appeal 27 USC 158**
☐ **423 Withdrawal 28 USC 157**

**Prisoner Petitions**
☐ **535 Death Penalty**
☐ **540 Mandamus & Other**
☐ **550 Civil Rights**
☐ **555 Prison Conditions**
☐ **560 Civil Detainee – Conditions of Confinement**

**Property Rights**
☐ **820 Copyrights**
☐ **830 Patent**
☐ **835 Patent – Abbreviated New Drug Application**
☐ **840 Trademark**

**Federal Tax Suits**
☐ **870 Taxes (US plaintiff or defendant)**
☐ **871 IRS-Third Party 26 USC 7609**

**Forfeiture/Penalty**
☐ **625 Drug Related Seizure of Property 21 USC 881**
☐ **690 Other**

**Other Statutes**
☐ **375 False Claims Act**
☐ **376 Qui Tam (31 USC 3729(a))**
☐ **400 State  Reapportionment**
☐ **430 Banks & Banking**
☐ **450 Commerce/ICC Rates/etc.**
☐ **460 Deportation**

☐ **462 Naturalization Application**
☐ **465 Other Immigration Actions**
☐ **470 Racketeer Influenced & Corrupt Organization**
☐ **480 Consumer Credit**
☐ **490 Cable/Satellite TV**
☐ **850 Securities/Commodities/ Exchange**
☐ **896 Arbitration**
☐ **899 Administrative Procedure Act/Review or Appeal of Agency Decision**
☐ **950 Constitutionality of State Statutes**
☐ **890 Other Statutory Actions (if not administrative agency review or Privacy Act)**

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/Privacy Act* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530 Habeas Corpus – General**<br>☐ **510 Motion/Vacate Sentence**<br>☐ **463 Habeas Corpus – Alien Detainee** | ☐ **442 Civil Rights – Employment** (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895 Freedom of Information Act**<br>☐ **890 Other Statutory Actions (if Privacy Act)**<br><br>*(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loan (excluding veterans)** |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act**<br>☐ **720 Labor/Mgmt. Relations**<br>☐ **740 Labor Railway Act**<br>☐ **751 Family and Medical Leave Act**<br>☐ **790 Other Labor Litigation**<br>☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)**<br>☐ **443 Housing/Accommodations**<br>☐ **440 Other Civil Rights**<br>☐ **445 Americans w/Disabilities – Employment**<br>☐ **446 Americans w/Disabilities – Other**<br>☐ **448 Education** | ☐ **110 Insurance**<br>☐ **120 Marine**<br>☐ **130 Miller Act**<br>☐ **140 Negotiable Instrument**<br>☐ **150 Recovery of Overpayment & Enforcement of Judgment**<br>☐ **153 Recovery of Overpayment of Veteran's Benefits**<br>☐ **160 Stockholder's Suits**<br>☐ **190 Other Contracts**<br>☐ **195 Contract Product Liability**<br>☐ **196 Franchise** | ☐ **441 Civil Rights – Voting (if Voting Rights Act)** |

**V. ORIGIN**

○ **1 Original Proceeding**   ⊙ **2 Removed from State Court**   ○ **3 Remanded from Appellate Court**   ○ **4 Reinstated or Reopened**   ○ **5 Transferred from another district (specify)**   ○ **6 Multi-district Litigation**   ○ **7 Appeal to District Judge from Mag. Judge**   ○ **8 Multi-district Litigation – Direct File**

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
WMATA Compact, Public Law 89-774, paragraph 81; D.C. Code Ann. § 9-1107.01(81); 28 U.S.C. §§ 1441, 1446

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $** 500000   **JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☒   NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | **YES** ☐   **NO** ☒ | If yes, please complete related case form |
|---|---|---|---|

| **DATE:** 01/31/2024 | **SIGNATURE OF ATTORNEY OF RECORD** /s/ Brendan H. Chandonnet |
|---|---|

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

**I.**   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

**III.**   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.**   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

**VI.**   CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.**   RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.