IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

RAKIM DAWKINS                                    *
c/o: Timian & Fawcett, LLC
8201 Corporate Dr, Suite 730
Hyattsville, MD 20785                            *

             Plaintiff        * Case No.:

vs.                                              *

WASHINGTON METROPOLITAN AREA *
TRANSIT AUTHORITY
Serve: General Counsel                           *
600 5ᵗʰ Street NW
Washington, DC 20001                             *

            Defendant         *

## COMPLAINT

**COMES NOW,** the Plaintiff, Rakim Dawkins, by and through her attorneys, Timian & Fawcett, LLC., and Alan R. Fawcett and brings suit against the Defendant, Washington Metropolitan Are Transit Authority (hereinafter "WMATA"), and as grounds therefore states as follow:

1. That jurisdiction is vested in this Honorable Court in that the Defendant's tortious actions occurred in Washington, DC, and the amount in controversy is in excess of ten thousand dollars ($10,000.00).

2. That on or about August 21, 2023, Plaintiff, Rakim Dawkins, was traveling on Nannie Helen Burroughs Road, when the Defendant, WMATA, employee negligently maintained, operated, and control his/her motor vehicle so as to pull off the bus stop, resulting in him/her colliding with the front passenger side of Plaintiff's vehicle, causing Plaintiff to sustain serious personal injuries.

3.    That at all times pertinent hereto the Plaintiff, Rakim Dawkins, acted in a reasonable and non-negligent manner.

4.    That the aforesaid automobile accident was solely, directly and proximately caused by the negligence of the driver of Defendant's vehicle, to wit: Defendant's driver failed to yield right of way; failed to maintain a proper look out; and failed to pay full time and attention to the operation of the motor vehicle; failed to use reasonable and ordinary care in the operation of the motor vehicle; and otherwise failed to obey the traffic rules and regulations there in force and effect in Washington, DC.

5.    That as the sole and proximate result of Defendant's negligence, Plaintiff, Rakim Dawkins, was caused to sustain injuries to all parts of her body, including but not limited to: her neck, back, and shoulders. Plaintiff suffered pain from these injuries, lost time from gainful employment, incurred in the past and will incur in the future medical expenses, incurred expenses to repair her motor vehicle, and suffered pain and anguish all due to the negligence of the Defendant, WMATA, in the amount of $500,000.00 (Five Hundred Thousand Dollars).

**WHEREFORE**, Plaintiff, Rakim Dawkins, prays that this Honorable Court enter Judgment against the Defendant, WMATA, in the sum of $500,000.00 (Five Hundred Thousand Dollars) plus the cost of filing this suit and interest.

**TIMIAN & FAWCETT, LLC**

Alan R. Fawcett, #493509
8201 Corporate Drive, #730
Hyattsville, MD 20785
P: (240) 487-7560
alan@timianfawcett.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff hereby demands a trial by a jury as to all issues of fact herein.

TIMIAN & FAWCETT, LLC

Alan R. Fawcett, #493509
*Attorney for Plaintiff*