IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAKIM DAWKINS | * |
| Plaintiff | * Civil Action No.: 1:24-CV-306 |
| vs. | * |
| WMATA | * |
| Defendant | * |

## LINE OF DISMISSAL

Dear Sir/Madam Clerk:

Please dismiss the above-captioned case with prejudice.

TIMIAN & FAWCETT, LLC

Alan R. Fawcett, Esq. #17447
8201 Corporate Dr, Suite 730
Hyattsville, MD 20785
P: 240-487-7560
alan@timianfawcett.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this _1st_ day of _May_ 2024, a copy of the Line of Dismissal was served via electronic mail and/or mailed first class, postage pre-paid to:

Brendan H. Chandonnet #986719
300 7th Street SW
Washington, DC 20024
*Attorney for Defendant*

**TIMIAN & FAWCETT, LLC**


Alan R. Fawcett, Esq. #17447
*Attorney for Plaintiff*